IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**00-4518 CIV-MOOF**

MAGISTRATE JUDGE
O'SULLIVAN

MIAMI SPRINGS POWER BOAT CLUB, INC. and PAUL J. SLAYDEN
Plaintiffs,

versus

THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE SECRETARY OF THE INTERIOR; THE NATIONAL PARK SERVICE; THE DIRECTOR OF THE NATIONAL PARK SERVICE; THE STATE OF FLORIDA; THE FLORIDA BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND; and THE GOVERNOR OF THE STATE OF FLORIDA,
Defendants.

## APPENDIX I

*A Compilation of All Exhibits Referred to
by Plaintiffs in the Complaint Filed in this Action*

November 29, 2000

OF COUNSEL:
Randolph L. Jones, Jr., Esq.
David H. Herrold, Esq.
*admissions pro hac vice filed*
CONNER & WINTERS,
A Professional Corporation
3700 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103–4344
Telephone: (918) 586-8955
Facsimile: (918) 586–8547

*Submitted by:*
Thomas J. Caldwell, Esq.
Michael R. Jenks, Esq.
WALTON LANTAFF SCHROEDER & CARSON
9350 Financial Centre - 10th Floor
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 671-1300
Facsimile: (305) 670–7065

Attorneys for the Plaintiffs,

MIAMI SPRINGS POWER BOAT CLUB INC.; and
PAUL J. SLAYDEN